# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **STEVEN S. BOCCHINO,** | : | No. 3:14cv662 |
| Appellant | : | |
| | : | (Judge Munley) |
| v. | : | |
| | : | |
| **UNITED STATES SECURITIES AND** | : | |
| **EXCHANGE COMMISSION,** | : | |
| Appellee | : | |

::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::

## ORDER

**AND NOW**, to wit, this 26th day of September 2014, it is hereby **ORDERED** that:

1. Appellant Steven S. Bocchino's appeal of Bankruptcy Judge John J. Thomas's Order of December 23, 2013 (Doc. 1) is **DENIED**, in accordance with the court's Opinion;

2. The Clerk of Court shall enter judgment in favor of Appellee United States Securities and Exchange Commission; and

3. The Clerk of Court is directed to close this case.

                                                         **BY THE COURT:**

                                                         **s/ James M. Munley**
                                                         **JUDGE JAMES M. MUNLEY**
                                                         **United States District Court**